Lincoln D. Bandlow (SBN: 170449)
lbandlow@foxrothschild.com
Margo J. Arnold (SBN: 278288 )
marnold@foxrothschild.com
FOX ROTHSCHILD, LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone:   (310) 598-4150
Facsimile:   (310) 556-9828

Attorneys for Defendant
B. Scott Media, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Photo Group, LLC, BWP Media USA Inc. d/b/a Pacific Coast News and FameFlynet, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>B. Scott Media, LLC,<br><br>Defendant. | Case No. 2:16-cv-05523-DMG-AFM<br><br>**Honorable Judge Dolly M. Gee**<br><br>**ANSWER TO COMPLAINT**<br><br>Complaint Filed on July 26, 2016 |

Defendant B. Scott Media, LLC ("Defendant"), by and through their undersigned counsel, Fox Rothschild LLP, hereby answer the allegations of Plaintiffs National Photo Group, LLC, BWP Media USA Inc. d/b/a Pacific Coast News and FameFlynet, Inc. ("Plaintiffs") in their Complaint ("Complaint") as follows.

## INTRODUCTION

1. Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 1 of the Complaint and on this basis denies the allegations of that paragraph.

2. Defendant admits that it owns and operates a website known as www.lovebscott.com (the "Website") and. without permission or authorization from Plaintiffs actively copied, stored, modified, and/or displayed Plaintiffs' photographs on the Website, but Defendant denies that it knowingly violated the United States copyright laws.

## JURISDICTION AND VENUE

3. Defendants admits the allegations contained in paragraph 3 of the Complaint.

4. Defendants admits the allegations contained in paragraph 4 of the Complaint.

5. Defendants admits the allegations contained in paragraph 5 of the Complaint.

6. Defendants admits the allegations contained in paragraph 6 of the Complaint.

## PARTIES

**I.    Plaintiff**

7. Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 7 of the Complaint.

8. Defendant lacks sufficient knowledge and information to either admit

or deny the allegations contained in paragraph 8 of the Complaint.

9. Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 9 of the Complaint.

## II. Defendant

10. Defendant admits that it is a California Limited Liability Company with a principal place of business in Los Angeles County, California, but denies that it is liable and responsible to Plaintiffs based on the facts alleged in the Complaint.

11. Defendants admits the allegations contained in paragraph 11 of the Complaint.

12. Defendant admits that the Website is monetized in that it contains paid advertisements and that Defendant profits from these activities, but Defendant denies that the Website sells merchandise to the public.

13. Defendant lacks sufficient knowledge and information to either admit or deny that Plaintiffs' photographs were copyright protected, but admits the remainder of the allegations in paragraph 13 of the Complaint.

14. Defendant lacks sufficient knowledge and information to either admit or deny that it infringed on Plaintiffs' copyrights, but admits that Plaintiffs' photographs were copied, modified, stored and/or displayed without license or permission.

15. Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 15 of the Complaint.

16. Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 16 of the Complaint.

17. Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 17 of the Complaint.

18. Defendant admits the allegations contained in paragraph 18 of the Complaint.

19. Paragraph 19 of the complaint does not contain any allegations which

Defendant can admit or deny.

20. Defendant admits the allegations contained in paragraph 20 of the Complaint.

21. Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 21 of the Complaint.

22. Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 22 of the Complaint.

23. Defendant admits the allegations contained in paragraph 23 of the Complaint.

24. Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 24 of the Complaint.

25. Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 25 of the Complaint.

26. Defendant admits that it at all times has the ability to stop the reproduction and display of material on its Website.

27. Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 27 of the Complaint.

## FIRST COUNT

**(Direct Copyright Infringement, 17 U.S.C. §501 et seq.)**

28. Paragraph 28 of the Complaint does not contain any allegations which Defendant can admit or deny.

29. Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 29 of the Complaint.

30. Defendant admits the allegations contained in paragraph 30 of the Complaint.

31. Defendant admits that it copies, stored, reproduced, distributed, adapted, and/or publically displayed works copyrighted by Plaintiff, but lacks sufficient knowledge and information to either admit or deny the remainder of the

1 allegations contained in paragraph 31 of the Complaint.

2     32.    Defendant denies the allegations contained in paragraph 32 of the
3 Complaint.

4     33.    Defendant lacks sufficient knowledge and information to either admit
5 or deny the allegations contained in paragraph 33 of the Complaint.

6     34.    Defendant lacks sufficient knowledge and information to either admit
7 or deny the allegations contained in paragraph 34 of the Complaint.

## SECOND COUNT

### (Vicarious Copyright Infringement)

10     35.    Paragraph 35 of the Complaint does not contain any allegations which
11 Defendant can admit or deny.

12     36.    Defendant admits that it had the legal right and practicable ability to
13 supervise, control, limit, and stop the infringing conduct of its employees, agents
14 and members, but lacks sufficient information to admit or deny the remainder of the
15 allegations contained in paragraph 36 of the Complaint.

16     37.    Defendant admits that it had the practicable ability to police the images
17 on the Website when its employees and agents edited, modified and/or interacted
18 with the Photographs, but lacks sufficient information to admit or deny the
19 remainder of the allegations contained in paragraph 37 of the Complaint.

20     38.    Defendant lacks sufficient knowledge and information to either admit
21 or deny the allegations contained in paragraph 38 of the Complaint.

22     39.    Defendant lacks sufficient knowledge and information to either admit
23 or deny the allegations contained in paragraph 39 of the Complaint.

24     40.    Defendant lacks sufficient knowledge and information to either admit
25 or deny the allegations contained in paragraph 40 of the Complaint.

26     41.    Defendant lacks sufficient knowledge and information to either admit
27 or deny the allegations contained in paragraph 41 of the Complaint.

28     42.    Defendant lacks sufficient knowledge and information to either admit

or deny the allegations contained in paragraph 42 of the Complaint.

## THIRD COUNT

### (Injunction Pursuant to 17 U.S.C. §502)

43. Paragraph 35 of the Complaint does not contain any allegations which Defendant can admit or deny.

44. Paragraph 36 of the Complaint does not contain any allegations which Defendant can admit or deny.

## FOURTH COUNT

### (Attorney Fees and Costs Pursuant to 17 U.S.C. §505)

45. Paragraph 45 of the Complaint does not contain any allegations which Defendant can admit or deny.

46. Paragraph 46 of the Complaint does not contain any allegations which Defendant can admit or deny.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Relief)

1. Plaintiffs have failed to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2. Plaintiffs' claims are barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

### (Copyright Unenforceability (Waiver, Estoppel, Laches))

3. Plaintiffs' asserted copyrights are unenforceable because their delay in bringing the suit was unreasonable and inexcusable, and Defendant suffered material prejudice due to the delay.

### FOURTH AFFIRMATIVE DEFENSE

### (Fair Use)

4. Plaintiffs' claims for copyright infringement are barred by the doctrine

of fair use pursuant to 17 U.S.C. § 107 in view of the nature of the works asserted by Plaintiffs, the purpose and character of any use thereof made by Defendant, and the effect, if any, of such use on the potential market for the works.

### FIFTH AFFIRMATIVE DEFENSE
### (First Amendment)

5. Plaintiff's claims are barred to the extent that Defendant's actions and speech are protected by the First Amendment of the Constitution of the United States and by the First Amendment of the California Constitution.

### SIXTH AFFIRMATIVE DEFENSE
### (Unconstitutionally Excessive Damages)

6. Plaintiffs' claims are barred because statutory damages sought are unconstitutionally excessive and disproportionate to any actual damages that may have been sustained in violation of the Due Process clause.

### SEVENTH AFFIRMATIVE DEFENSE
### (Innocent Intent)

7. Plaintiffs' claims are barred in part because Defendant's conduct was in good faith and with non-willful intent, at all times.

### EIGHTH AFFIRMATIVE DEFENSE
### (License, Consent, and Acquiescence)

8. Plaintiffs' claims are barred by Plaintiffs' license, consent and acquiescence to Defendant's use.

### NINTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

9. To the extent Plaintiffs suffered any damages, which Defendant expressly denies, Plaintiff has filed to take the steps necessary to mitigate the damages sustained.

### TENTH AFFIRMATIVE DEFENSE
### (Statutory Damages and Attorneys' Fees Barred)

10. Plaintiffs' claims for statutory damages and attorneys' fees are in part barred because Plaintiffs failed to timely register some of their allegedly copyrighted works.

## PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully request judgment as follows:

That the Court enters a judgment finding that Defendant has not infringed on Plaintiffs' rights to the Photographs in violation of 17 U.S.C. §501 et seq. and award monetary relief as follows:

a. Defendant's attorneys' fees pursuant to 17 U.S.C. §505; and

b. Defendant's costs; together with

c. Such other relief that the Court determines is just and proper.

Dated: October 28, 2016         FOX ROTHSCHILD, LLP

By: */s/ Lincoln D. Bandlow*
Lincoln D. Bandlow
Margo J. Arnold

Attorneys for Defendant
B. Scott Media, LLC