JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Photo Group, LLC, BWP Media USA Inc. d/b/a Pacific Coast News and FameFlynet, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>B. Scott Media, LLC,<br><br>Defendant. | Case No.: CV 16-5523-DMG (AFMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [25]** |

Pursuant to the parties' "Stipulation for Dismissal With Prejudice," and good cause appearing therefor, the Court hereby ORDERS as follows:

1. Pursuant to the terms of the parties' confidential settlement agreement, Plaintiffs' entire complaint, as captioned above, including all causes of action therein, is hereby dismissed, in its entirety, with prejudice;

2. This Court shall retain jurisdiction to enforce the parties' settlement agreement, including hearing any motion for enforcement of the settlement agreement.

3. All parties shall bear their own attorneys' fees and costs.

4. The Order to Show Cause dated September 7, 2017 [Doc. # 24] is DISCHARGED. All dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: September 11, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT COURT